MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. STEVEN DUANE OSBORNE CASE NO. 3:13-cr-00094-01-SLG-JDR
Defendant: _X_ Present   _X_ On Summons

BEFORE THE HONORABLE:      JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:     CAROLINE EDMISTON

UNITED STATES' ATTORNEY:   JOSEPH BOTTINI

DEFENDANT'S ATTORNEY:      NOT PRESENT

U.S.P.O.:                  MATT JEDROSKO

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD SEPTEMBER 23, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:32 p.m. court convened.

_X_ Copy of Indictment given to defendant: waived reading.

_X_ Defendant advised of general rights, charges and penalties; Waived full advisement of rights.

_X_ Defendant sworn and stated true name: Same as above  Age: 42

_X_ Financial Affidavit **FILED**; Federal Public Defender to appoint CJA counsel, John Murtagh; FPD notified.

_X_ PLEAS: Not Guilty to counts 1 and 2 of the Indictment and DENIED Criminal Forfeiture Allegation 1 of the Indictment.

_X_ Bond set at $10,000.00 Unsecured; Defendant's Appearance Bond **FILED.**

_X_ Bail Information Sheet **FILED.**

_X_ Order Setting Conditions of Release **FILED.**

_X_ Pretrial motions due **October 17, 2013**; Order for the Progression of a Criminal Case with Trial Date **FILED.**

_X_ Counsel advised of trial date: Final Pretrial Conference set **November 8, 2013 at 3:00 p.m.**  Trial by Jury set **November 18, 2013 at 9:00 a.m.**  Estimate 5 days.

_X_ OTHER: Mr. Bottini to file Attorney Certificate **September 27, 2013**. Defendant to surrender U.S. Passport to Pretrial Services as soon as possible.  Defendant to report to the U.S. Marshal Service immediately after court for processing.

At 2:00 p.m. court adjourned.

DATE:   September 23, 2013      DEPUTY CLERK'S INITIALS:    CME

Revised 9-28-09