John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
fax: (907)-258-6419
email:jmmalaska@hotmail.com

Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| STEVEN DUANE OSBORNE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No 3:13-CR-00094

ENTRY OF APPEARANCE

John M. Murtagh hereby enters his appearance on behalf of defendant and requests that all further pleadings, notices and other materials in this case be served upon him at 1101 West 7th Avenue, Anchorage, Alaska 99501.

Dated at Anchorage, Alaska this 24th day of September, 2013.

/s/John M. Murtagh

John M. Murtagh  
Counsel for Defendant  
Bar Number 7610119  
1101 West 7th Avenue  
Anchorage, Alaska, 99501  
907-274-8664  
Fax-907-258-6419  
Email: jmmalaska@hotmail.com

CERTIFICATE OF SERVICE  
This is to certify that a true and correct copy of this pleading was served electronically