# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:13-cr-00094-SLG-JDR |
| Plaintiff, | **ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |
| vs. | |
| STEVEN DUANE OSBORNE and THOMAS R. PURCELL, | |
| Defendants. | |

The United States' Motion for Protective Order, filed on shortened time, for the reasons stated in the motion, is hereby GRANTED. The Court finds good cause to place the following restrictions on the handling of documents that contain personal identifying information (PII):

1. Access to documents containing PII will be restricted to personnel authorized by the Court, namely the defendant and attorneys of record, as well as attorneys, paralegals, investigators, experts, and secretaries employed by the attorneys of record and performing work on behalf of the defendant.

2. The following restrictions will be placed on defendant, defendants' attorneys, and the above-designated individuals unless and until further

ordered by the Court. Defendants, defendants' attorneys, and the above-designated individuals shall **not**:

   a. Make copies for, or allow copies of any kind to be made by, any other person of documents containing PII;

   b. Allow any other person to read documents containing PII;

   c. Allow defendant to retain copies of documents containing PII outside of meetings with their attorneys; or

   d. Use documents containing PII for any purpose other than preparing to defend against the charges in the Indictment or any superseding indictment(s) arising out of this case.

3. Defendant's attorney shall inform any person to whom disclosure may be made pursuant to this Order of the existence and terms of this Court's Order.

4. The requested restrictions shall not limit the use or introduction as evidence of documents containing PII, pursuant to the redaction requirements of Fed. R. Crim. P. 49.1.

5. Upon conclusion of this action, defendant's attorney shall return to government counsel or destroy and certify to government counsel the destruction of all discovery documents containing PII such as telephone

numbers, social security numbers, bank account numbers, driver's license numbers, dates of birth, and addresses.

Disobedience of this order may result in prosecution for criminal contempt, in violation of Title 18, U.S.C. §§ 401, 402, and Federal Rule of Criminal Procedure 42. In addition, a violator of this order may face prosecution under 18 U.S.C. §§ 1512 (tampering with a witness), 1513 (retaliating against a witness), and conspiracy to commit these crimes.

IT IS SO ORDERED.

DATE: September 30, 2013

/s/John D. Roberts, USMJ
Signature Redacted

JOHN D. ROBERTS
U.S. MAGISTRATE COURT JUDGE

U.S. v. Osborne et al
3:13-cr-00094-SLG-JDR                    Page 3 of 3